**UNITED STATES BANKRUPTCY COURT**
<u>NORTHERN</u> **DISTRICT OF** <u>ILLINOIS</u>
<u>EASTERN DIVISION</u>

In re: PATRICIA M. PIERCE § Case No. 11-03454
§ Hon. JACQUELINE P. COX
§ Chapter 7
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30am on 01/08/2015 in Courtroom 680, Dirksen Federal Building Courthouse,
219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Clerk U. S. Bankruptcy Court
                                     (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle St.
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
#### EASTERN DIVISION

In re:  PATRICIA M. PIERCE  §  Case No. 11-03454
 §  Hon. JACQUELINE P. COX
 §  Chapter 7
 §

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $150,000.00 |
| *and approved disbursements of* | $50.72 |
| *leaving a balance on hand of* [1] | $149,949.28 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $149,949.28 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $3,002.02 | $0.00 | $3,002.02 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $6.16 | $0.00 | $6.16 |
| *Attorney for Trustee, Fees* | | | | |
| *Attorney for Trustee, Expenses* | | | | |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,* | *U.S. Bankruptcy Court* |
| *Fees,* | *United States Trustee* |
| Other | |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $3,008.18 |
| Remaining balance: | $146,941.10 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for                     , Fees* | | | |
| *Attorney for                     , Expenses* | | | |
| *Accountant for                   , Fees* | | | |
| *Accountant for                   , Expenses* | | | |
| Other | | | |

| | |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $146,941.10 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$0.00_____ must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for priority claims: $0.00
Remaining balance: $146,941.10

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $22,290.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $14,190.37 | $0.00 | $14,190.37 |
| 2 | Fifth Third Bank | $8,100.22 | $0.00 | $8,100.22 |

Total to be paid for timely general unsecured claims: $22,290.59
Remaining balance: $124,650.51

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for tardily filed general unsecured claims: $0.00
Remaining balance: $124,650.51

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____0____ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $124,650.51 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of ___0.3___ percent pursuant to 11 U.S.C. §726(a)(5). Funds available for interest are _____$229.59_____. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is _____$124,420.92_____.

Prepared By: /s/ ALLAN J. DeMARS
                      Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-03454-JPC
Patricia M. Pierce                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: adragonet            Page 1 of 1                  Date Rcvd: Dec 18, 2014
                               Form ID: pdf006            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2014.
```
db            +Patricia M. Pierce,    7207 West Mirtle,    Chicago, IL 60631-1943
16735374      +Associated Recovery Systems,    Department #5996,    P O Box 1259,    Oaks, PA 19456-1259
16735375      +Associated Recovery Systems,    P O Box 469046,    Escondido, CA 92046-9046
16735376      +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16735377       Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
16735378      +Citibank Sd, Na,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
16735379       Citibank Sd, Na,    Attn: Centralized Bankruptcy PO Box 2050,    Kansas City, MO 64195
16735383     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,    Fifth Third Center,    Cincinnati, OH 45263)
22633914      +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
16735384       Fifth Third Bank,    C/O Bankruptcy Dept, Mdropso5 1850 East,    Grand Rapids, MI 49546
16735388      +Wells Fargo Hm Mortgag,    PO Box 10335,    Des Moines, IA 50306-0335
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16735381       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 19 2014 01:22:29     Discover Fin,   PO Box15316,
                Wilmington, DE 19850
16735380       E-mail/Text: cio.bncmail@irs.gov Dec 19 2014 01:15:56     Department of the Treasury,
                Internal Revenue Services,    Austin, TX 73302-0021
22325777       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 19 2014 01:22:29     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
16735382      +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 19 2014 01:22:29     Discover Fin,   PO Box 6103,
                Carol Stream, IL 60197-6103
16735386      +E-mail/Text: edinkel@vikingservice.com Dec 19 2014 01:19:08     Viking Collection Services,
                P O Box 59207,    Minneapolis MN 55459-0207
16735387      +E-mail/Text: edinkel@vikingservice.com Dec 19 2014 01:19:08     Viking Collections Services Inc,
                P O Box 59207,    Minneapolis MN 55459-0207
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16735385*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Services,    230 South Dearborn,    Stop 5016 CHI,
                Chicago IL 60604)
                                                                                  TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2014 at the address(es) listed below:
```
              Allan J DeMars    alland1023@aol.com
              Manuel A. Cardenas     on behalf of Debtor Patricia M. Pierce manuelantonio_cardenas@yahoo.com,
               mac.cardenaslaw@att.net, edwinusa@att.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```