## UNITED STATES BANKRUPTCY COURT
NORTHERN   DISTRICT OF   ILLINOIS
EASTERN DIVISION

In re:   PATRICIA M. PIERCE   §   Case No.   11-3454
§   Hon. JACQUELINE P. COX
§   Chapter 7
§

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $249,450.00 | Assets Exempt: | $22,600.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $22,520.18 | Claims Discharged Without Payment: | $404,632.00 |
| Total Expenses of Administration: | $3,058.90 | | |

3) Total gross receipts of $150,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $124,420.92 (see **Exhibit 2**), yielded net receipts of $25,579.08 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $300,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,058.90 | $3,058.90 | $3,058.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $125,874.00 | $22,290.59 | $22,290.59 | $22,520.18 |
| **TOTAL DISBURSEMENTS** | $425,874.00 | $25,349.49 | $25,349.49 | $25,579.08 |

4) This case was originally filed under chapter  7  on 01/28/2011 .
The case was pending for      9  months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/06/2015                                      By: /s/ ALLAN J. DeMARS
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| net proceeds from p.i. litigation | 1142-000 | $150,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$150,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Patricia M. Pierce | surplus to debtor | 8200-002 | $124,420.92 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$124,420.92** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bac Home Loan | 4110-000 | $45,000.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo | 4110-000 | $255,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$300,000.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Wells Fargo | 2600-000 | N/A | $50.72 | $50.72 | $50.72 |
| Allan J. DeMars | 2100-000 | N/A | $3,002.02 | $3,002.02 | $3,002.02 |
| Allan J. DeMars | 2200-000 | N/A | $6.16 | $6.16 | $6.16 |
| | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,058.90 | $3,058.90 | $3,058.90 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $12,641.00 | $14,190.37 | $14,190.37 | $14,190.37 |
| 1 | Discover Bank | 7990-000 | | | | $146.16 |
| 2 | Fifth Third Bank | 7100-000 | $8,601.00 | $8,100.22 | $8,100.22 | $8,100.22 |
| 2 | Fifth Third Bank | 7990-000 | | | | $83.43 |
| | Bank of America | 7100-000 | $46,815.00 | $0.00 | $0.00 | $0.00 |
| | Citibank SD | 7100-900 | $57,817.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $125,874.00 | $22,290.59 | $22,290.59 | $22,520.18 |

EXHIBIT "A" - FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No. 11-03454

Case Name: PATRICIA M. PIERCE

For Period Ending: 3/31/15

Trustee Name: Allan J. DeMars

Date Filed (f) or Converted (c): 1/28/11 (F)
REOPENED 8/20/14

§341(a) Meeting Date: 3/15/11

Claims Bar Date: 11/24/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 7207 W. Myrtle Chicago, IL 60631 | 260,000.00 | 0.00 | | | FA |
| 2 | cash | 50.00 | 0.00 | | | FA |
| 3 | account at Bank of America | 500.00 | 0.00 | | | FA |
| 4 | clothes | 1,200.00 | 0.00 | | | FA |
| 5 | tax refund | 3,500.00 | 0.00 | | | FA |
| 6 | 1/2 int in 2005 Ford Escape | 4,500.00 | 0.00 | | | FA |
| 7 | 1/2 int in 1997 Ford Ranger | 1,000.00 | 0.00 | | | FA |
| 8 | litigation case 09L2279 | 0.00 | 150,000.00 | | 150,000.00 | FA |
| 9 | furniture | 1,300.00 | 0.00 | | | FA |

TOTALS (Excluding unknown values)          150,000.00          150,000.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing:

Initial Projected Date of Final Report (TFR): November, 2014          Current Projected Date of Final Report (TFR): _____

EXHIBIT "A" - FORM 2
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 11-03454  
Case Name: PATRICIA M. PIERCE  
Taxpayer ID#: xx-xxx9489  
For Period Ending: 3/31/16  

Trustee's Name: Allan J. DeMars  
Bank Name: Wells Fargo  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable): _____  
Checking acct#: xxxxxx5387  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking acct balance |
| 9/2/14 | Ref 8 | from debtor (clients trust fund acct of atty Tom Pakenas) | turn over of net settlement proceeds from personal injury litigation | 1142-000 | 150,000.00 | | 150,000.00 |
| 9/9/14 | | Wells Fargo | check printing charge | 2600-000 | | 40.72 | 149,959.28 |
| 9/30/14 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 149,954.28 |
| 10/31/14 | | Wells Fargo | bank service charge | 2600-000 | | 5.00 | 149,949.28 |
| 1/8/15 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 3,002.02 | 145,947.26 |
| 1/8/15 | Check 1002 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 6.16 | 146,941.10 |
| 1/14/15 | Check 1003 | Discover Bank | 726(a)(2); 100% | 7100-900 | | 14,190.37 | 132,750.73 |
| 1/14/15 | Check 1004 | Discover Bank | interest (surplus estate) | 7990-000 | | 146.16 | 132,604.57 |
| 1/14/15 | Check 1005 | Fifth Third Bank | 726(a)(2); 100% | 7100-000 | | 8,100.22 | 124,504.35 |
| 1/14/15 | Check 1006 | Fifth Third Bank | interest (surplus estate) | 7990-000 | | 83.43 | 124,420.92 |
| 1/14/15 | Check 1007 | Patricia M. Pierce | surplus to debtor | 8200-002 | | 124,420.92 | 0.00 |
| 4/9/15 | Check 1005 | Fifth Third Bank | stop payment on check 1005 to Fifth Third Bank | 7100-000 | | (8,100.22) | 8,100.22 |
| 4/9/15 | Check 1006 | Fifth Third Bank | stop payment on check 1006 to Fifth Third Bank | 7100-000 | | (83.43) | 8,183.65 |
| 4/9/15 | Check 1008 | Fifth Third Bank | reissuance of check 1005 | 7100-000 | | 8,100.22 | 83.43 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Checking acct balance** |
| 4/9/15 | Check 1009 | Fifth Third Bank | reissuance of check 1006 | 7100-000 | | 83.43 | 0.00 |
| 4/24/15 | Check 1008 | Fifth Third Bank | void check 1008; damaged by post office; creditor returned check to trustee | 7100-000 | | (8,100.22) | 8,100.22 |
| 4/24/15 | Check 1009 | Fifth Third Bank | void check 1009; damaged by post office; creditor returned check to trustee | 7100-000 | | (83.43) | 8,183.65 |
| 4/24/15 | Check 1010 | Fifth Third Bank | reissuance of check 1005 | 7100-000 | | 8,100.22 | 83.43 |
| 4/24/15 | Check 1011 | Fifth Third Bank | reissuance of check 1006 | 7100-000 | | 83.43 | 0.00 |

```
                                      COLUMN TOTALS      150,000.00    150,000.00         0.00
                         Less: Bank transfers/CD
                          Subtotal
                         Less: Payments to debtor(s)
                         Net                             150,000.00    150,000.00         0.00

                                                                          NET
        TOTAL - ALL ACCOUNTS                     NET   DEPOSITS     DISBURSEMENTS     BALANCES
        Checking#        5387                         150,000.00       150,000.00         0.00
        Money Market #
        Savings #
        CD #CDI
        Net                                           150,000.00       150,000.00         0.00
                                                  Excludes account   Excludes payments  Total Funds
                                                     transfers          to debtor         on Hand
```